IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE APPLICATION OF THE           )<br>UNITED STATES OF AMERICA FOR  )<br>AN ORDER PURSUANT TO              )<br>18 U.S.C. § 2703(d)                       ) | Case No.    1:13-MJ-234-PAS |

## MOTION TO UNSEAL

The United States of America, by and through its attorneys, Peter F. Neronha, United States Attorney, and Pamela E. Chin, Assistant United States Attorney, moves that the documents in the above-referenced matter be unsealed.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

PETER F. NERONHA
United States Attorney

_____
PAMELA E. CHIN
Assistant U.S. Attorney

SO ORDERED:

_____
PATRICIA A. SULLIVAN
U.S MAGISTRATE JUDGE

DATE: October 16, 2013